IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID BAKOS, RICHARD BELL, ROBERT BENJAMIN, TERRY BROOKS, BRIAN CAMERON, DAVID COOPER, DAVID CROWE, GREG FINCH, PATRICK FOLEY, DEWEY GRAY, FRANCIS HEID, KELLI HUGHES, GLENN KYRK, MURRAY MUZZALL, MARK NEWCOMB, MICHAEL O'BRIEN, THOMAS O'CONNER, WILLIAM PAYNE, MICHAEL PHELAN, CHERYL ROBLES, STEPHEN ROGERS, DAVID SHASKAN, WHITNEY SIEBEN, GILBERTO SMITH, WILLIAM TALLY, SCOTT TORRENCE, and DAVID WEXLER, Individually and on behalf of a class similarly situated American Airlines Pilots,<br>     **Plaintiffs**,<br><br>v.<br><br>AMERICAN AIRLINES, INC., and ALLIED PILOTS ASSOCIATION,<br>     **Defendants**. | CIVIL ACTION<br><br>NO. 17-402 |



FILED
JUN 26 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## O R D E R

**AND NOW**, this 26th day of June, 2017, upon consideration of Plaintiffs' Motion to Certify a Class (ECF No. 33); Defendants' Responses in Opposition thereto (ECF Nos. 37 & 40); Plaintiffs' Reply in Support thereof (ECF No. 42); Defendants Allied Pilots Association's and American Airlines' Motions to Dismiss (ECF Nos. 34 & 35); Plaintiffs' Response in Opposition thereto (ECF No. 38); and Defendants' Replies in Support thereof (ECF Nos. 41 & 43), and for the reasons set forth in the Court's Opinion of June 26, 2017 (ECF No. 45), **IT IS ORDERED** that:

(1) Defendants' Motions to Dismiss (ECF No. 34 & 35) are **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**; and

(2) Plaintiffs' Motion for Class certification (ECF No. 33) is **DISMISSED AS MOOT**.

The clerk of the Court is directed to close this case.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**